IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CV164 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | OF DISMISSAL |
| SUSAN L. STRIVENS, the STATE OF NEBRASKA, ex rel DEPARTMENT OF HEALTH AND HUMAN SERVICES CHILD SUPPORT ENFORCEMENT DIVISION, and DAVID L. STRIVENS, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(2) dismissing its Complaint and Amended Complaint, without prejudice.

IT IS ORDERED:

1. Plaintiff's Motion for Dismissal (Filing No. 20) is granted; and

2. The Complaint, Amended Complaint, and all claims in this action are dismissed without prejudice.

DATED this 11th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge